IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA



FILED
JUL 14 2021
PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>**KALEB LEE OSS,**<br><br>*Defendant.* | Case No. **CR 21-255 RAW** |

# INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

### ASSAULT RESULTING IN SERIOUS BODILY INJURY IN INDIAN COUNTRY
[18 U.S.C. §§ 113(a)(6), 2, 1151 & 1153]

On or about February 5, 2019, within the Eastern District of Oklahoma, in Indian Country, the Defendant, **KALEB LEE OSS**, an Indian, did assault B.H. resulting in serious bodily injury, in violation of Title 18, United States Code, Sections 113(a)(6), 2, 1151 and 1153.

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

CHRISTOPHER J. WILSON
Acting United States Attorney

DAVID C. YOULL, OBA # 16553
Assistant United States Attorney